886

■ In the Matter of 601 WEST 26 CORP., Appellant. MIDTOWN WARE-HOUSE, INC., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Cox and Frank, JJ. [See *ante*, p. 821.]

■ PAUL MADDAUS v. WILLIAM GOFFEN.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ. [See *ante*, p. 804.]

■ In the Matter of the Probate of the Will of LILLIAN H. WHITE, Deceased. WALTER HAYDOCK, Appellant; JOHN HAYDOCK et al., Respondents. — Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See *ante*, p. 805.]

■ JULIUS ZUPAN v. HYMAN BLUMBERG et al.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox and Frank, JJ. [See *ante*, p. 203.]

■ In the Matter of FRED CAMPBELL et al., Respondents, against UNITED MUTUAL LIFE INSURANCE COMPANY et al., Respondents. INDEPENDENT POLICY-HOLDERS' COMMITTEE et al., Intervenors-Appellants.— Motion granted to the extent of permitting the appeal to be withdrawn. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ JULIUS ZUPAN v. HYMAN BLUMBERG et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ AMERICAN NEWS COMPANY, INC., Respondent, v. AVON PUBLISHING Co., INC., et al., Appellants.— Order unanimously affirmed. The facts and arguments presented on this appeal would be more appropriately addressed to the motion for a stay. They do not provide a basis for disturbing the exercise of discretion by Special Term in placing the case upon the jury trial calendar. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■

## (March 30, 1956)

■ JOHN J. REYNOLDS et al., Respondents, v. HARVEY L. SCHWAMM et al., Appellants, et al., Defendant.— Order granting temporary injunction modified so as to (1) eliminate the restrictions on the right to vote the shares of stock involved in this litigation; (2) require as a condition to the continuance of the temporary injunction that plaintiffs, within ten days from service of an order herein, together with notice of entry, shall deposit into court the alleged purchase price of such stock, namely, $200,000 or, in the alternative, give a sufficient surety company bond to secure the payment of such purchase price, or, in the further alternative, deposit into court marketable securities, or shares of stock of the American Trust Company, of the value of not less than twice the amount of the alleged purchase price of such stock; and (3) require that plaintiffs consent to an early trial following the joinder of issue, and the order is in all other respects affirmed, with $20 costs and disbursements to abide the event. Of course, we express no view with respect to the ultimate facts to be established on the .trial, namely, whether there is a contractual obligation and a fiduciary relationship. Concur — Peck, P. J., Breitel and Frank, JJ.; Cox, J., dissents in part and votes to deny an injunctive relief as against the defendants Goodstein and Rosoff. Settle order on notice.